# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.  Telephone: (347) 687-2019
Suite 308  cmulhollandesq@gmail.com
Astoria, NY 11108

January 5th, 2024

Honorable Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2024

**Re: Betancourt v. Bx Parking LLC et al, 23-cv-9931**

Your Honor,                                **MEMORANDUM ENDORSED**

An attorney has yet to appear for Defendant Shree Deshmukh so the existing parties cannot consent to the full jurisdiction of the magistrate at this point.

If the Court would so permit, the parties would request leave to submit a status letter on January 26th, 2024 regarding efforts to contact Defendant Deshmukh or dismissing him, if warranted after further investigation.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

Application granted.  Plaintiff's request to extend the deadline to respond to the Court's December 4, 2023 and December 23, 2023 orders, Dkt. Nos. 14, 15, on whether the parties consent to proceeding before the assigned Magistrate Judge is granted.  The parties are directed to submit a status letter by January 26, 2024 on the status of Defendant Shree Deshmukh's presence in this case and, if Defendant Deshmukh is dismissed, whether the remaining parties consent to proceeding before the assigned Magistrate Judge in this matter.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: January 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge