```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 2/6/2024
-----------------------------------------------------------------X
BRYAN BETANCOURT,                                  :
                                                   :
                              Plaintiff,           :
                                                   :             1:23-cv-09931-GHW
               -against-                           :
                                                   :                 ORDER
                                                   :
BX PARKING LLC, et al.,                            :
                                                   :
                              Defendants.          :
                                                   :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On December 4, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 18, 2023. Dkt. No. 14. Neither document was submitted.

On December 23, 2023, the Court directed the parties to comply with the Court's December 4 order forthwith, and in no event later than January 5, 2024. Dkt. No. 15. At Plaintiff's request, the Court subsequently extended the deadline to January 26, 2024 and specifically ordered the parties to submit a status letter on Defendant Shree Deshmukh's status in this matter and, if Deshmukh is dismissed from this action, whether the remaining parties consent to proceeding before the assigned Magistrate Judge. Dkt. No. 19.

On January 26, 2024, Plaintiff filed a motion for leave to file a notice of voluntary dismissal against Deshmukh, which the Court noted was improperly filed, as Plaintiff does not require the Court's leave to file a notice of voluntary dismissal. Dkt. Nos. 20, 21. Plaintiff has yet to voluntarily dismiss Deshmukh from this action, and the parties have not submitted a status letter or the submission required in the Court's December 4, 2023 order.

Accordingly, the parties are directed to comply with the Court's December 4, 2023 order forthwith, and in no event later than February 9, 2024.

SO ORDERED.

Dated: February 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2