UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRYAN BETANCOURT,

                        Plaintiff,                      **23-CV-9931 (VF)**

       -against-                                **ORDER**

BX PARKING LLC et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint letter updating the Court on the status of the case by **February 29, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               February 13, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge