**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BRYAN BETANCOURT,

                             Plaintiff,                  **23-CV-9931 (VF)**

            -against-                        **<u>ORDER</u>**

BX PARKING LLC et al.,

                             Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court requested a joint status update or a proposed discovery plan from the parties

by April 12, 2024 but has not received either. <u>See</u> ECF No. 29. **The parties are now directed to**

**provide a joint status update or their proposed discovery plan by May 10, 2024.**

      **SO ORDERED.**

DATED:      New York, New York
              May 2, 2024

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge